IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONYA JACKSON, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>CLUB EROTICA, CLUB EROTICA, INC., V.I. CORPORATION d/b/a CLUB EROTICA, JAMES W. SHEPARD, VINCENZO ISOLDI, FRANCO ISOLDI and DOE DEFENDANTS 1-10.<br><br>     Defendants. | Civil Action No.:  2:19-cv-229 |

## CONSENT TO SUE

I, SONYA JACKSON, consent to sue as a plaintiff in this action, pursuant to Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq*.

I agree to serve as a named plaintiff in this proposed collective action on behalf of any other similarly situated individuals who may join. I further consent to sue as a named plaintiff against any other defendants who may be liable to me under the FLSA as a result of work I performed at Club Erotica.

I authorize my counsel, Carlson Lynch Sweet Kilpela & Carpenter, LLP, to file this consent form in the pending action against Club Erotica and, if necessary, in any other action related to work I performed at Club Erotica.

Dated: 11-29-18                      Name: Sonya Jackson

                  Signature: *[signature]*