# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| SONYA JACKSON, on behalf of herself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>CLUB EROTICA, CLUB EROTICA, INC., V.I. CORPORATION d/b/a CLUB EROTICA, JAMES W. SHEPARD, VINCENZO ISOLDI, FRANCO ISOLDI and DOE DEFENDANTS 1-10<br>*Defendant(s)* | Civil Action No. 19-229 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CLUB EROTICA, INC.
824-826 Island Avenue
McKees Rocks, PA 15136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carlson Lynch Sweet Kilpela & Carpenter LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

03/01/2019                                          *Alexander Vahlsing*

Date                                                  Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-229

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Club Exotica, INC
was received by me on *(date)* March 6, 2019.

☐ I personally served the summons on the individual at *(place)*
                                                  on *(date)*        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                          , a person of suitable age and discretion who resides there,
on *(date)*        , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Frank Isoldi, who is
designated by law to accept service of process on behalf of *(name of organization)* Club Exotica, INC
                                           on *(date)* March 7, 2019;

☐ I returned the summons unexecuted because                             ; or

☐ Other *(specify)*:

My fees are $         for travel and $         for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: March 8, 2019

*Server's signature*

Scott MacFarland
Process Server
*Printed name and title*

1501 Preble Ave
Pittsburgh PA 15233
*Server's address*

Additional information regarding attempted service, etc: