IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONYA JACKSON, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 19-229 |
| vs. | ) ) ) |
| CLUB EROTICA, CLUB EROTICA, INC. V.I. CORPORATION d/b/a CLUB EROTICA, JAMES W. SHEPARD, VINCENZO ISOLDI, FRANCO ISOLDI, and DOE DEFENDANTS 1-10, | ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF EXTENSION OF TIME PURSUANT TO LCvR 7.E**

Pursuant to LCvR 7.E, Plaintiff and Defendants Club Erotica, V.I. Corporation, Vincenzo Isoldi, and Franco Isoldi by counsel, hereby agree and stipulate that the time in which these Defendants may file a response to Plaintiff's Complaint is extended to April 29, 2019.

John A. Bacharach has consulted with Plaintiff's counsel, who has authorized the execution and filing of this stipulation on Plaintiffs' behalf.

Respectfully submitted,

/s/ Gary F. Lynch
PA ID 56887
Carlson Lynch LLP
1133 Penn Avenue
5th Floor
(412)322-8243
Attorney for Plaintiff

s/ John A. Bacharach
PA ID 19665
Bacharach and Michel
564 Forbes Avenue
1113 Manor Complex
Pittsburgh, Pa 15219
Attorney for Defendants