IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONYA JACKSON, on behalf of herself and all others similarly situated, | )<br>)<br>) Civil Action No.: 2:19-cv-00229-RCM |
| Plaintiff, | )<br>)<br>) **CLASS/COLLECTIVE ACTION** |
| v. | ) **COMPLAINT** |
| CLUB EROTICA, CLUB EROTICA, INC., V.I. CORPORATION d/b/a CLUB EROTICA, JAMES W. SHEPARD, VINCENZO ISOLDI, FRANCO ISOLDI and DOE DEFENDANTS 1-10. | )<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>) |
| Defendants. | ) |

## CONSENT TO SUE

I, NICOLE KAEFER, consent to sue as a plaintiff in this action, pursuant to Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq*.

I agree to serve as a named plaintiff in this proposed collective action on behalf of any other similarly situated individuals who may join. I further consent to sue as a named plaintiff against any other defendants who may be liable to me under the FLSA as a result of work I performed at Club Erotica in McKees Rocks, Pennsylvania.

I authorize my counsel, Carlson Lynch LLP, to file this consent form in the pending action against Club Erotica, Club Erotica Inc., V.I. Corporation d/b/a Club Erotica, James W. Shepard, Vincenzo Isoldi, Franco Isoldi, and, if necessary, in any other action related to work I performed at the Club Erotica.

Dated: 03/15/19

Name: Nicole Kaefer

Signature: *Nicole Kaefer*