IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SONYA JACKSON,

        Plaintiff,

        v.

CLUB EROTICA, CLUB EROTICA, INC.,
V.I. CORPORATION d/b/a CLUB
EROTICA, JAMES W. SHEPARD,
VINCENZO ISOLDI, FRANCO ISOLDI,
and DOE DEFDNDANTS 1-10,

        Defendants.

Civil Action No. 2:19-cv-229
Magistrate Judge Patricia L. Dodge

**ORDER**

AND NOW, this 23 day of February, 2021, upon review of the parties' Joint

Motion to Approve Individual Settlement, it is hereby ORDERED that the motion is GRANTED.

The settlement agreement attached as Exhibit A to the motion is approved as a fair, reasonable,

and adequate resolution of a bona fide dispute under 29 U.S.C. § 201 *et seq.*

        It is further ORDERED that the Court shall retain jurisdiction to enforce the terms of the

settlement agreement of the parties of such need arises.

        It is finally ORDERED that the clerk is to mark this case as CLOSED on the docket.

        BY THE COURT:

        PATRICIA L. DODGE
        United States Magistrate Judge